IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER BAITY,

    Petitioner,

v.                                      4:18cv3–WS/CAS

MARK S. INCH, Secretary,
Florida Department of Corrections,

    Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 31) docketed July 29, 2019. The magistrate judge recommends that the respondent's motion (ECF No. 31) to dismiss the petitioner's amended petition for writ of habeas corpus be denied. The respondent has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 31) is hereby ADOPTED and incorporated by reference into this order.

2. The respondent's motion (ECF No. 28) to dismiss the petitioner's amended petition for writ of habeas corpus is DENIED.

3. The respondent's motion (ECF No. 33) for an extension of time to file a response to the petitioner's amended § 2254 petition is DENIED as moot. The respondent has this date filed an answer to the petitioner's amended § 2254 petition.

DONE AND ORDERED this __29th__ day of __August__, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE