IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER BAITY,

    Petitioner,

v.                                                  4:18cv3–WS/CAS

MARK S. INCH, Secretary,
Florida Department of Corrections,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 37) docketed December 6, 2019. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus (ECF No. 22) be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 37) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's amended petition for writ of habeas corpus (ECF No. 22) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is denied."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

6. The clerk shall close the case.

DONE AND ORDERED this   9th   day of    January   , 2020.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE