UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER BAITY,

      Petitioner,

v.                                    4:18cv3–WS/MAF

RICKY D. DIXON, Secretary,
Florida Department of Corrections,

      Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 42) docketed May 30, 2024. The magistrate judge recommends that Petitioner's Rule 60(b)(6) motion to vacate judgment be denied. Petitioner has filed no objections to the report and recommendation.

The court has reviewed the record and—like the magistrate judge—finds that Petitioner has failed to establish that he is entitled to relief under Rule 60(b).

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 42) is

ADOPTED and incorporated into this order by reference.

2. Petitioner's Rule 60(b) motion (ECF No. 41) to vacate judgment is

DENIED.

3. A certificate of appealability is DENIED.

4. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this ___12th___ day of ___July___, 2024.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE